**Abatement Order filed March 21, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00323-CR
_____

**JULIA  ELIZABETH  KUHNS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 2119818**

## ABATEMENT ORDER

The reporter's record was due November 9, 2018. We have granted court reporter Vanessa Owens extensions totaling 111 days to file the reporter's record until February 28, 2019. When we granted the most recent motion for extension, we noted no further extensions would be granted. The reporter's record has not been filed.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Because the reporter's record has not been filed timely as ordered, we issue the following order.

We direct the judge of County Criminal Court at Law No. 4 to conduct a hearing at which **Vanessa Owens**, appellant's counsel, and the State's counsel shall participate (a) to determine the reason for failure to file the record; (b) to establish a date certain when the reporter's record will be filed, and (c) to make findings as to whether the court reporter should be held in contempt of court for failing to file the reporter's record timely as ordered. We order the court to prepare a record, in the form of a reporter's record, of the hearing. The judge shall make findings of fact and conclusions of law and shall order the trial clerk to forward to this court a supplemental clerk's record containing the findings and conclusions. The hearing record and supplemental clerk's record shall be filed with the clerk of this court by **April 22, 2019**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. **If the court reporter files the record before the date set for the hearing, the appeal will be reinstated, and the trial court need not hold a hearing.**

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant